# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2023-0617, <u>Andover Consulting Group, Inc. v. Goffstown Harvest Christian Church & a.</u>, the court on December 31, 2024, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, has considered the oral arguments of the parties, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). Thibeault Corporation of New England (Thibeault), indemnitor defendant, appeals an order of the Superior Court (<u>Anderson</u>, J.) issued following a bench trial, granting the plaintiff, Andover Consulting Group, Inc. (Andover), judgment on its breach of contract claim against defendant Goffstown Harvest Christian Church and awarding Andover $174,074.25 in damages. The trial court denied Andover's claim for consequential damages. Thibeault advances several arguments on appeal challenging the court's order. Andover cross-appeals the trial court's denial of its claim for consequential damages.

As appealing parties, Thibeault and Andover have the burden of demonstrating reversible error in their respective appeals. <u>See</u> <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's thorough and well-reasoned order, the parties' challenges to it, the relevant law, and the record submitted on appeal, we conclude that the parties have not demonstrated reversible error. <u>See</u> <u>id</u>. Accordingly, we affirm the trial court's decision. <u>See</u> <u>id</u>.; <u>Sup. Ct. R.</u> 25(8).

<u>Affirmed</u>.

MACDONALD, C.J., and BASSETT, DONOVAN, and COUNTWAY, JJ., concurred.

Timothy A. Gudas,
Clerk